UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                    :

MATTHEW WAKEM,                   :
                                      :

                Plaintiff,       :
                                      :           24-CV-4123 (JMF)

     -v-                      :
                                      :              ORDER

YIN ARTS & BEAUTY INC.,     :
                                      :

                Defendant.     :
                                      :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's July 3, 2024 Order, ECF No. 10, Plaintiff was required to file any motion for default judgement within two weeks of the date of that Order.  Plaintiff was further required to serve a copy of the Order upon Defendant within two business days and file proof of such service within three business days of that Order.  *Id.*  To date, Plaintiff has filed neither proof of service nor any motion for default judgment.

       The Court's July 2, 2024 Order cautioned Plaintiff: "If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties."  *Id.*  Nevertheless, as a one-time courtesy, the deadlines for Plaintiff to file (1) proof of service of the Court's July 3, 2024 Order and (2) any motion for default judgment are hereby EXTENDED, *nunc pro tunc*, through and until **July 26, 2024**.  As a reminder, Plaintiff must file his **motion** for default judgment, *not* merely his request for a Clerk's Certificate of Default, by that date — the Clerk's Certificate must therefore be obtained in advance of that date.

       If Plaintiff fails to submit the required filings by the now-extended deadline, the case will be dismissed for failure to prosecute without further notice.

       SO ORDERED.

Dated: July 18, 2024
      New York, New York                    _____
                                          JESSE M. FURMAN
                                    United States District Judge